JOSEPH W. POOL, Appellant, *v.* BYRON G. BENTS, Respondent.

*Pool* v. *Bents*, 119 App. Div. 919, affirmed.
(Argued October 22, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover on contract.

*I. R. Breen* for appellant.

*Delos M. Cosgrove* and *John Conboy* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur :· CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

WILLIAM G. DUNHAM, Appellant, *v.* CITY TRUST COMPANY OF NEW YORK, Respondent.

*Dunham* v. *City Trust Co. of N. Y.*, 115 App. Div. 584, affirmed.
(Argued October 22, 1908; decided November 10, 1908.

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 16, 1906, sustaining defendant's exceptions ordered to be heard in the first instance by the Appellate Division and granting a new trial in an action to recover damages alleged to have been caused plaintiff through defendant's delay in transferring certain shares of stock.

*Peter B. Olney* for appellant.

*Albert B. Boardman* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.
Concur : CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.